STATE OF NORTH CAROLINA v. STEVEN H. DAHL

No. 7212SC575

(Filed 25 October 1972)

**Criminal Law § 145.1— revocation of probation — evidence**

There was sufficient evidence to support the court's finding that defendant had wilfully violated the terms and conditions of his probation.

APPEAL by defendant from *Clark, Judge,* 27 March 1972 Session of Superior Court held in CUMBERLAND County for the trial of criminal cases.

The defendant was charged with the violation of the terms and conditions of a probation judgment. From the order of revocation which required that the sentence previously suspended be placed into effect and that commitment issue, the defendant appealed.

*Attorney General Morgan and Associate Attorney Haskell for the State.*

*Kenneth A. Glusman, Assistant Public Defender, Twelfth Judicial District, for defendant appellant.*

MALLARD, Chief Judge.

There was ample evidence upon which a proper finding was made by Judge Clark that the defendant had wilfully violated the terms and conditions of the probation judgment. Judge Clark properly ordered that the defendant be required to serve the sentence imposed.

No error.

Judges BROCK and BRITT concur.